■ The People of the State of New York, Respondent, v Richard D. Nenni, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed as moot in view of decision in *People v Nenni* (70 AD2d 774). (Appeal from order of Orleans County Court—vacate judgment.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.